UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BIRD PEAK CORPORATION, ET AL.,    :
Plaintiffs

          v.    :    CIVIL NO. 3:02CV1553 (WWE)

LAWYERS TITLE INSURANCE    :    OCTOBER 23, 2003
CORPORATION,
Defendant.

PLAINTIFFS' MOTION FOR STAY
OF JUDGMENT PENDING APPEAL

The plaintiffs, Bird Peak Corporation, Ecolake Corporation and Aleardo Ceppi,

respectfully represent that:

1.  In this action, which was commenced in September, 2002, the plaintiffs seek money

damages from the defendant for breach of contract, breach of covenants of good faith and

fair dealing, violations of the Connecticut Unfair Trade Practices Act and further seek

indemnification under a title insurance policy issued by the defendant to one of the

plaintiffs;

2.  The defendant appeared and moved to dismiss the subject action in its entirety for

lack of subject matter jurisdiction on the basis that the parties had agreed, by virtue of an

arbitration clause in the policies of title insurance issued by the defendant to the plaintiffs, to arbitrate the claims made by the plaintiffs in this action;

3.   Shortly after the plaintiffs commenced this action, the defendant initiated arbitration proceedings with the American Arbitration Association, but the conduct of those proceedings was stayed when this Court, on January 30, 2003, granted the plaintiffs motion of October 15, 2002 to stay the arbitration proceedings until this Court had ruled on the defendant s motion to dismiss and on the plaintiffs objection thereto;

4.   In addition, the plaintiffs moved this Court for an evidentiary hearing to receive evidence pertinent to the issues raised by the defendant s motion and the plaintiffs objection, that motion was granted by the Court on January 30, 2003 and an evidentiary hearing was held before U.S. Magistrate Judge Holly B. Fitzsimmons on July 23, 2003;

5.   Subsequently, the U.S. Magistrate Judge issued a Recommended Ruling granting the defendant s motion to dismiss and the Court, after de novo review and over the plaintiffs objection to the Recommended Ruling, affirmed the ruling of the Magistrate Judge;

6.   On September 29, 2003, the Court entered its judgment dismissing this action;

7.   Simultaneously with the filing of this motion, the plaintiffs have taken an appeal from the Court s judgment to the United States Court of Appeal for the Second Circuit by filing with the Clerk of this Court a notice of appeal (a copy of which is attached to this motion);

8.   The plaintiffs intend to prosecute their appeal diligently and vigorously, but do not want to be compelled to participate in the arbitration proceedings initiated by the defendant until their appeal has been determined;

9.   The plaintiffs have filed a memorandum of law with this motion which sets forth the grounds upon which they rely in seeking a stay of the Court s judgment pending their

appeal and, as more fully explained in that memorandum, the plaintiffs believe that the

Court should grant the stay they seek.

Wherefore, pursuant to Rule 62 of the Federal Rules of Civil Procedure and Rule 8 of

the Federal Rules of Appellate Procedure, the plaintiffs respectfully move the Court to stay

its judgment during the pendency of their appeal so that the arbitration initiated by the

defendant will not proceed until the appeal has been determined by the United States

Court of Appeal for the Second Circuit.


PLAINTIFFS

By_____
    Henry C. Winiarski Jr.
    941 Wethersfield Avenue
    Hartford, CT 06114-3137
    Phone: 860-296-2127
    Fax: 860-296-2131
    Federal Bar No. ct00091

I certify that a copy of this motion
was mailed, postage prepaid, on
October _____, 2003, to:

Jonathan S. Bowman, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821

       and

David A. Ball, Esq.
Cohen & Wolf
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601-1821


_____
    Henry C. Winiarski Jr.