UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BIRD PEAK CORPORATION, ET AL., Plaintiffs | : | CIVIL NO: 3:02CV1553(WWE) |
| vs. | : | |
| LAWYERS TITLE INSURANCE CORPORATION, Defendant. | : | NOVEMBER 7, 2003 |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR STAY OF JUDGMENT PENDING APPEAL

Defendant Lawyers Title Insurance Corporation hereby responds to Plaintiffs' Motion For Stay Of Judgment Pending Appeal (the "Motion") as follows:

Defendant strongly disputes Plaintiffs' version of the facts as set forth in the Motion and notes that Magistrate Judge Fitzsimmons specifically found that Plaintiff Aleardo Ceppi's testimony at the trial of this matter "is not credible and is not supported by the documentary evidence or plaintiffs' complaint. . .". See Recommended Ruling On Motion to Dismiss Or Stay dated August 25, 2003 at 9 n. 7. Nevertheless, Defendant does not object to the granting of the Motion. However, Defendant requests that if the Motion is granted, the Court require Plaintiffs to post a supersedeas bond in accordance with Fed. R. Civ. P. 62(d).

DEFENDANT

By:_____
Jonathan S. Bowman, Esq.
Fed Bar No. ct08526
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT  06604
Tel:  203-368-0211
Fax:  203-576-8504
jbowman@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on the above date by first class, postage prepaid mail to:

Henry C. Winiarski, Jr., Esq.
941 Wethersfield Ave.
Hartford, CT  06114-3137

_____
Jonathan S. Bowman, Esq.