FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Bird Peak Corporation,
Ecolake Corporation and
Aleardo Ceppi

FILED
2003 OCT 28  P 12: 20

v.    CIVIL CASE NO.   3:02CV1553 WWE

Lawyers Title Insurance Corporation

NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Bird Peak Corporation, Ecolake Corporation and Aleardo Ceppi__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

Judgment of dismissal for lack of subject matter jurisdiction.

2. The Judgment /Order in this action was entered on __September 29, 2003__.
(date)

_____
Signature

Henry C. Winiarski Jr.
**Print Name**

941 Wethersfield Avenue

Hartford, CT  06114-3137
**Address**

Date: __October 20, 2003__       860-296-2127
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).