disk

25

FILED
2003 OCT 28 P 12:20

02cv1553 motstay

The Motion is GRANTED. However, the Magistrate Judge Holly Fitzsimmons will determine whether a supersedeas bond is necessary, and if so, the amount.

WARREN W. EGINTON, SENIOR USDJ 12/11/2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BIRD PEAK CORPORATION, ET AL.,      :
Plaintiffs

                v.                  :    CIVIL NO. 3:02CV1553 (WWE)

LAWYERS TITLE INSURANCE             :    OCTOBER 23, 2003
CORPORATION,
Defendant.

PLAINTIFFS' MOTION FOR STAY
OF JUDGMENT PENDING APPEAL

The plaintiffs, Bird Peak Corporation, Ecolake Corporation and Aleardo Ceppi, respectfully represent that:

1. In this action, which was commenced in September, 2002, the plaintiffs seek money damages from the defendant for breach of contract, breach of covenants of good faith and fair dealing, violations of the Connecticut Unfair Trade Practices Act and further seek indemnification under a title insurance policy issued by the defendant to one of the plaintiffs;

2. The defendant appeared and moved to dismiss the subject action in its entirety for lack of subject matter jurisdiction on the basis that the parties had agreed, by virtue of an arbitration clause in the policies of title insurance issued by the defendant to the plaintiffs, to arbitrate the