# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** November 21, 2003         **TO:** Intake Clerk         FILED

**FROM:** CASSANDRA WARREN (203) 579-5759

2003 DEC 10 P 12: 11

**CASE TITLE:** BIRD PEAK CORP., ET AL VS. LAWYERS TITLE INSURANCE CO.
**DOCKET NO.:** 02cv1553-WWE

**NOTICE OF APPEAL:** filed: October 28, 2003

**APPEAL FROM:** final judgment: **YES**

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party **Y**

All parties are listed on Docket Sheet
(Including Third Parties) **Y**

All docket entries and dates are included **Y**

**FEE STATUS:** Paid ✓   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:** CJA _____   Retained ✓   Pro Se _____

**TIME STATUS:** Timely ✓   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** SR     **DATE:** 12-1-03
DEPUTY CLERK, USCA