UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BIRD PEAK CORPORATION, ET AL., :
         PLAINTIFFS

v.        :      CIV. NO. 3:02CV1553 (WWE)

LAWYERS TITLE INSURANCE  :
CORPORATION,
        DEFENDANT    :    MARCH 1, 2004

INDEX TO THE RECORD ON APPEAL

|  | Document No. |
|---|---|
| Complaint, doc. # 1 | 1 |
| Motion to Dismiss, doc. # 7 | 2 |
| Plaintiffs' Memorandum in Opposition to Motion to Dismiss and Motion for Evidentiary Hearing (including affidavits of Dario Ceppi and George DeVoe attached to or submitted with memorandum), doc. # 12 | 3 |
| Recommended ruling, doc. # 20 | 4 |
| Transcript. doc. # 21 | 5 |
| Recommended ruling, doc. # 23 | 6 |

Objection to recommended ruling, doc. # 22                              7

JUDGMENT, doc. # 24                                                     8

                PLAINTIFFS,

        By_____
           Henry C. Winiarski Jr.
           Their attorney
           941 Wethersfield Avenue
           Hartford, CT 06114-3137
           Phone: 860-296-2127
           Fax: 860-296-2131
           CT 00091