

**COHEN and WOLF** P.C.
ATTORNEYS AT LAW

HERBERT L. COHEN
(1928-1983)

AUSTIN K. WOLF
RICHARD L. ALBRECHT
JONATHAN S. BOWMAN
IRVING J. KERN
MARTIN J. ALBERT
STEWART I. EDELSTEIN
NEIL R. MARCUS
G. KENNETH BERNHARD
DAVID L. GROGINS
GRETA E. SOLOMON
ROBIN A. KAHN
RICHARD G. KENT
RICHARD SLAVIN
DANIEL S. NAGEL
RICHARD J. DI MARCO
DAVID B. ZABEL
MARK A. KIRSCH
DAVID M. LEVINE
JOSEPH G. WALSH
DAVID A. BALL
JOCELYN B. HURWITZ
STUART M. KATZ
MONTE E. FRANK
PATRICIA C. SULLIVAN
BARBARA M. SCHELLENBERG
KAREN WACKERMAN MYERS
VINCENT M. MARINO
MARNIE J. RUBIN
ARI J. HOFFMAN
A. RACHEL ROTHMAN
COURTNEY A. GEORGE
CARRIE L. LARSON
ALISON KAPLAN CLARK
BARBARA ELLIS

OF COUNSEL
ROBERT J. ASHKINS
STUART A. EPSTEIN
JACK E. MCGREGOR
MARTIN F. WOLF



PLEASE REPLY TO Bridgeport
WRITER'S DIRECT DIAL: (203) 337-4135
E-MAIL: psullivan@cohenandwolf.com

June 28, 2004

The Honorable Magistrate
Judge Holly B. Fitzsimmons
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:  *Bird Peak Corporation, et al v. Lawyers Title Insurance Corporation*
     Case No. 3:02-CV-01553-WWE

Your Honor:

By his order of December 11, 2003, Judge Eginton referred to you for hearing the determination of whether or not a supersedeas bond is necessary in connection with the pending appeal by plaintiff of your recommended ruling on Motion to Dismiss or Stay dated August 25, 2003. In Defendant's Response to Plaintiffs' Motion for Stay of Judgment Pending Appeal, dated November 7, 2003 and filed on November 10, 2003, Defendant did not object to the granting of the Motion for Stay but had requested the Court to require Plaintiffs to post a supersedeas bond in accordance with Fed. R. Civ. P. 62(d).

Defendant will not press its request that Plaintiff post a supersedeas bond and hereby withdraws that request.

If the Motion for Stay has not already been granted, Defendant reiterates that it does not object to the granting of the motion.

Very truly yours,

Jonathan S. Bowman

JSB:lc

cc:  Henry C. Winiarski, Jr., Esq.

---

1115 BROAD STREET
P.O. BOX 1821
BRIDGEPORT, CT 06601-1821
TEL: (203) 368-0211
FAX: (203) 394-9901

158 DEER HILL AVENUE
DANBURY, CT 06810
TEL: (203) 792-2771
FAX: (203) 791-8149

190 MAIN STREET
WESTPORT, CT 06880
TEL: (203) 222-1034

112 PROSPECT STREET
STAMFORD, CT 06904
TEL: (203) 964-9907
FAX: (203) 576-8504